UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAMMIE GOSS,

  Plaintiff,

  v.

BRIDGEPORT HOUSING AUTHORITY, ET AL.,  CASE NO. 3:03CV934(RNC)

  Defendants.

## REFERRAL TO MAGISTRATE JUDGE

The parties to the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all further proceedings in the case, including trial and the entry of a final judgment. The above-captioned case is referred to Magistrate Judge William I. Garfinkel.

The parties are instructed to complete the attached consent form and return it to the undersigned for approval.

So ordered.

Dated at Hartford, Connecticut this 30th day of October 2003.

            Robert N. Chatigny
            United States District Judge