UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Status Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

November 3, 2003    Held

2:30 p.m.           1 hour

3-03-cv-934   (RNC) Goss v Bridgeport Housing
------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Sammie Goss | 10 Ridgeley Avenue, Fairfield, CT 203-333-4422 |
| Jeffrey Charles Nagle | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |
| Michael T. Ryan | Ryan, Ryan, Johnson & Deluca, 80 4Th St., Po Box 3057, Stamford, CT 203-357-9200 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

\*STATUS CONFERENCE WILL INCLUDE 3:03cv933 (RNC) and 3:03cv935 (RNC).

THANKS.