December 10, 2003. Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge William I. Garfinkel. So ordered.

/s/ Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SAMMIE GOSS,
    Plaintiff,
    v.
BRIDGEPORT HOUSING AUTHORITY, ET AL.,
    Defendants.

CASE NO. 3:03CV934(RNC)

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_Sammie Goss_                                 12-5-03
                                                Date

_____       _____
                                                Date

_____       _____
                                                Date

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMMIE GOSS, : | |
| Plaintiff, : | |
| v. : | CASE NO. 3:03CV934(RNC) |
| BRIDGEPORT HOUSING AUTHORITY, ET AL., : | |
| Defendants. : | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_____    Date _11/21/03_

_____    Date _____

_____    Date _____