FILED

2004 FEB -4 P 1: 05

US DISTRICT
BRIDGEPORT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAMMIE GOSS, | : |
|     PLAINTIFF, | : |
| V. | : CIVIL ACTION NO. 3:03 CV-00934 (WIG) |
| BRIDGEPORT HOUSING AUTHORITY, COLLIN VICE, BERNIE WILLIAMS, OLGA PEREZ, WILLIAM BURGOS, MISS RODRIGUES AND MISS DOE | : |
|     DEFENDANTS. | : |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants, Bridgeport Housing Authority, Collin Vice, Bernie Williams, Olga Perez, William Burgos, Miss Rodriguez and Miss Doe.

Dated: January 20, 2004

James A. Mahar, Esq., (ct 21854 )
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905
Juris No. 52525
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Ms. Sammie Goss
P.O. Box 320834
Fairfield, CT 06825
Pro Se Plaintiff

_____
James A. Mahar, Esq.

I:\Procases\1742.009\jamappear.wpd
1742.009

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

```
-----------------------------------------x
                                         :
       Sammie Goss                       :         2004 FEB -4  P 1: 05
                                         :
       vs.                               : Civil No. 3:03cv934(WIG)
                                         :
       Bridgeport Housing Authority, et al :
                                         :
-----------------------------------------x
```

FILED

## ORDER RETURNING SUBMISSION

The Clerk has received your <u>Appearance</u> however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ L.R.5(b)
   - _ No certificate of service attached to pleading
   - _ Certificate of service fails to list names and addresses of all parties served
   - ✔ Certificate of service is not signed

2. _ L.R.5(d)      Failure to submit document under seal

3. _ L.R.10
   - _ Failure to sign pleading (original signature)
   - _ Failure to double space
   - _ Margin is not free of printed matter
   - _ Left hand margin is not one inch
   - _ Judge's initials do not appear after the case number
   - _ Docket number is missing
   - _ Failure to supply federal bar number
   - _ Holes not punched in document

4. _ L.R.68      Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)    Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other       ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date: 1/22/04                                      _____
                                                    United States District Judge

(SD)

*[Handwritten: WIG has file]*

*[Handwritten: Please accept for filing. Counsel have received copy of appearance. Maura/WIG]*

rev. 1/1/03