## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**SAMMIE GOSS**

**v.**                                          CIVIL NO:   **3:03CV0933 (WIG)**

**STRATFORD HOUSING AUTHORITY, et al.**
---------------------------------------------------------------------------------------------------------------
**SAMMIE GOSS**

**v.**                                          CIVIL NO:   **3:03CV0934 (WIG)**

**BRIDGEPORT HOUSING AUTHORITY, et al.**
---------------------------------------------------------------------------------------------------------------
**SAMMIE GOSS**

**v.**                                          CIVIL NO:   **3:03CV0934 (WIG)**

**FAIRFIELD HOUSING AUTHORITY, et al.**
---------------------------------------------------------------------------------------------------------------

### RULING ON PENDING MOTIONS
**03CV934 (WIG)**

Plaintiffs motions for appointment of counsel (Doc. # 4) is GRANTED. (See Order

of Appointment, Doc. # 14).

**03CV935 (WIG)**

Plaintiffs motions for appointment of counsel (Doc. # 5) is GRANTED. (See Order

of Appointment, Doc. # 34).  Defendant Betty Jones' motions for extension of time, (Docs.

## 32, 37) are GRANTED.  Defendant Fairfield Housing Authority's motions for extension

of time, (Docs. # # 30, 33, 35, 36) are GRANTED.  Defendants need not file an answer until

fifteen days after the a status conference in this case.

Dated at Bridgeport, Connecticut this 24th day of February, 2004.

/S/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge