```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

SAMMIE GOSS, O/B/O SHADOW            :
& MAYNARD,
    Plaintiff,                       :

    v.                               : No. 3:03CV0934(WIG)

BRIDGEPORT HOUSING AUTHORITY,        :
EX-DIRECTOR COLLIN VOCE,
ELDER/DISABLED DIRECTOR BERNIE       :
WILLIAMS, SEC. 8 DIR. OLGA PEREZ,
SEC. 8 WILMA BURROS, ELDER           :
DISABLED MISS RODRIGUEZ, AND MISS
DOE,                                 :
    Defendants.
----------------------------------------X

## **SCHEDULING ORDER**

    Recognizing the need to have a scheduling order in place so that this case can proceed, whether Plaintiff proceeds with counsel or pro se, the Court hereby orders:

    1.  Although Plaintiff's complaint refers broadly to housing and disability discrimination, there is a need for greater specificity before Defendants can formulate a response. Therefore, the Plaintiff is directed to file an amended complaint, setting forth more specifically her claims against these particular Defendants.  The Amended Complaint should be filed with the Court and served by mail on Defendants' counsel within twenty (20) days of the date of this Order.

    2.  Thereafter, Defendants should respond to the Amended Complaint either by way of answer or a motion to dismiss within twenty (20) days of the date the Amended Complaint is filed.

Defendants may answer in narrative form, as opposed to setting forth numbered paragraphs, without prejudice to later amendment or the filing of a dispositive motion on the pleadings.  Upon review of Defendants' response, the Court will further address scheduling.

SO ORDERED, this 27th day of April, 2005, at Bridgeport, Connecticut.

>     _/s/ William I. Garfinkel_
>     WILLIAM I. GARFINKEL,
>     UNITED STATES MAGISTRATE JUDGE