# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:03-cv-934 - WIG

To the Clerk of this court and all parties of record:    Goss, et al v. Bridgeport Housing, et al

Enter my appearance as counsel in this case for:    Sammie Goss

August 12, 2005
**Date**

CT 16927
**Connecticut Federal Bar Number**

1800-828-1277
**Telephone Number**

(203) 348-0919
**Fax Number**

linnlevine@snet.net
**E-mail address**

*[Signature]*
**Signature**

Linnea J. Levine
**Print Clearly or Type Name**

970 Summer Street
**Address**

Stamford, CT 06905

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Notice electronically mailed to: James A. Mahar    jamahar@rrjd-law.com,
Jeffrey Charles Nagle    jcnagle@rrjd-law.com, mtryan@rrjd-law.com,
Michael T. Ryan    mtryan@rrjd-law.com

Notice mailed to:
Sammie Goss
10 Ridgely Avenue
Fairfield, CT 06825

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001