```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

SAMMIE GOSS,                    :

    Plaintiff,                  :

    v.                          :    No. 3:03cv0934(WIG)

BRIDGEPORT HOUSING              :
AUTHORITY, et al.,
                                :
    Defendants.
------------------------X
```

## SCHEDULING ORDER

This case has been pending for two and one-half years. The deadlines set forth in the initial court order on pretrial deadlines have long since expired. In light of Plaintiff's pro se status and the difficulties that have been previously encountered in holding a scheduling conference, the Court will not require the parties to conduct a Rule 26(f) planning meeting or to file a Rule 26(f) Report of Parties Planning Meeting. In lieu thereof, the Court enters the following scheduling order:

    1. The Court hereby VACATES the Scheduling Order dated April 27, 2005 [Doc # 21].

    2. Defendants are ordered to answer or otherwise respond to Plaintiff's complaint on or before October 25, 2005.

    3. Discovery should commence as soon as an answer or other responsive pleading is filed by Defendants. All discovery must be completed by April 5, 2006. This includes interrogatories, requests for production of documents, and depositions.

    4. If either party intends to call an expert witness at

trial, that party should advise the other party in writing at least thirty (30) days before the close of the discovery period, including a summary of the expert's anticipated testimony and copies of any reports prepared by the expert. Depositions of expert witnesses must be included by the close of the discovery period.

    5.   Dispositive motions must be filed on or before June 5, 2006.

    6.   This case should be ready for trial by August 1, 2006. At the time the Court schedules a date for trial, a date will be set for the submission of a trial memorandum.

    It is SO ORDERED this 5th day of October, 2005, at Bridgeport, Connecticut.

                                            */s/ William I. Garfinkel*
                                         WILLIAM I. GARFINKEL,
                                         United States Magistrate Judge