UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SAMMIE GOSS
o/b/o Dogs Maynard & Shadow

     v.                                     3:03CV934(WIG)

BRIDGEPORT HOUSING AUTHORITY,
COLLIN VICE, BERNIE WILLIAMS,
OLGA PEREZ, WILMA BURGOS,
RODRIQUEZ, DOE

## JUDGMENT

On September 6, 2006, pursuant to Local Rule 41(a), notice was sent to the pro se partie indicating that the above-entitled case would be dismissed for lack of prosecution unless a satisfactory explanation was received which would justify continuing the case on the docket of this Court.

No explanations or requests for action having been received within the time specified, it is hereby, ORDERED that the complaint on file is dismissed.

Dated at Bridgeport, Connecticut, this 28th day of September, 2006.

KEVIN F. ROWE, Clerk

By_____
          Deputy Clerk

Entered on Docket _____